AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ADIANA PIERRE | ) | |
| a/k/a Adiana Richardson , ET AL. | ) | 23-mj-5013-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 2020 - August 2020  in the county of  Plymouth  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Than Trung Nguyen, IRS-CI Special Agent
*Printed name and title*

Sworn to before me and signed telephonically.

Date: **Jan 24, 2023**

*Judge's signature*

City and state:  Boston, Massachusetts       Hon. Judith G. Dein
*Printed name and title*