**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** IRS-CI |
| **City** | **Related Case Information:** | |
| **County** Plymouth | Superseding Ind./ Inf.    Same Defendant    New Defendant    Magistrate Judge Case Number 23-mj-5013-JGD; See below    Search Warrant Case Number 22-MJ-5041-JGD; See below    R 20/R 40 from District of | Case No. |

**Defendant Information:**

Defendant Name: Gardy Alexandre    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) West Palm Beach, FL

Birth date (Yr only): 1972    SSN (last4#): 6229    Sex: M    Race:    Nationality:

**Defense Counsel if known:**    Address:

**Bar Number**

**U.S. Attorney Information:**

AUSA: David M. Holcomb    Bar Number if applicable: 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/23/2023      Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gardy Alexandre

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant numbers: 23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD

Seizure Warrant:  23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD

Related Complaints:  23-mj-5014-JGD; 23-mj-5015-JGD