# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No.  __II__    Investigating Agency  __IRS-CI__

**City** _____    **Related Case Information:**

**County**  __Plymouth__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    __23-mj-5013-JGD; See below__
Search Warrant Case Number    __22-MJ-5041-JGD; See below__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Wallace Billy Ford__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State)  __Buford, GA__

Birth date (Yr only): __1984__   SSN (last4#): __8557__   Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  __David M. Holcomb__    Bar Number if applicable  __694712__

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __01/23/2023__    Signature of AUSA:  __/s/ David M. Holcomb__

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wallace Billy Ford

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search Warrant numbers:  23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD

Seizure Warrant:  23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD

Related Complaints:  23-mj-5014-JGD; 23-mj-5015-JGD