IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-mj-5013-JGD |
| ) | |
| ADIANA PIERRE ) | |
| a/k/a Adiana Richardson, ET AL. ) | |
| ) | |
| Defendant ) | |

**<u>GOVERNMENT'S MOTION TO UNSEAL COMPLAINT</u>**

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting attached affidavit, this motion, and the Court's order on this motion. As grounds for this motion, the government states that it no longer believes that public disclosure of these materials might jeopardize the ongoing investigation of this case.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant U.S. Attorneys

Dated: January 25, 2023